# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN LEE EMBREY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MCCOMAS, *et al.*,<br><br>　　　　Defendants. | Case No.  1:20-cv-00650-BAM (PC)<br><br>ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 5)<br><br>ORDER DIRECTING CLERK OF COURT TO FORWARD ORDER TO SHERIFF OF FRESNO COUNTY JAIL<br><br>ORDER REQUIRING PLAINTIFF TO FILE COMPLETED APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>**THIRTY (30) DAY DEADLINE** |

　　　Plaintiff Jordan Lee Embrey ("Plaintiff") is a county jail inmate proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　Plaintiff initiated this action on May 8, 2020, (ECF No. 1), together with a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, (ECF No. 2).  On May 11, 2020, the Court denied Plaintiff's motion to proceed *in forma pauperis*, without prejudice, and ordered Plaintiff to submit a completed application, including a certified copy of his trust account statement and to have the certification section of the form completed by the institution.  (ECF No. 4.)

　　　On May 20, 2020, Plaintiff filed a renewed motion to proceed *in forma pauperis*.  (ECF No. 5.)  The renewed application is also incomplete, and Plaintiff has again failed to include a

certified copy of his trust account statement or to have the certification section completed. However, Plaintiff has attached a letter to his application, and states that he has put in four requests for his trust account in the last couple of weeks but has received no responses or copies from staff. (Id.)

In light of Plaintiff's apparent difficulties in obtaining cooperation of jail administrative officers to complete the form and obtain a copy of his inmate trust statement, the Court finds it appropriate to forward a copy of this order to appropriate staff at the Fresno County Jail.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to proceed *in forma pauperis* (ECF No. 5) is DENIED, without prejudice;

2. The Clerk of the Court is directed to forward a copy of this order and Plaintiff's motion, (ECF No. 5), to the Sheriff of the Fresno County Jail in Fresno, California, that they might be made aware of the difficulty Plaintiff is experiencing in obtaining the information necessary to complete his application to proceed *in forma pauperis*;

3. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file the attached application to proceed *in forma pauperis*, completed and signed, including a certified copy of his trust account statement for the past six months, or in the alternative, pay the $400.00 initial filing fee for this action;

4. No extension of time will be granted without a showing of good cause; and

5. **The failure to comply with this order will result in dismissal of this action without prejudice.**

IT IS SO ORDERED.

Dated: **May 27, 2020**                    /s/ *Barbara A. McAuliffe*
                                           UNITED STATES MAGISTRATE JUDGE