1
2
3
4
5

# UNITED STATES DISTRICT COURT

6

## EASTERN DISTRICT OF CALIFORNIA

7
8

JORDAN LEE EMBREY,

9

Plaintiff,

10

v.

11

MCCOMAS, *et al.*,

12

Defendants.

13

Case No.  1:20-cv-00650-DAD-BAM (PC)

ORDER DIRECTING PLAINTIFF TO INITIATE AND COMPLETE SERVICE OF PROCESS ON NAMED DEFENDANTS

**NINETY (90) DAY DEADLINE**

ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONSES

14      Plaintiff Jordan Lee Embrey ("Plaintiff") is a county jail inmate proceeding *pro se* in this

15 civil rights action pursuant to 42 U.S.C. § 1983.

16      On September 25, 2020, the Court screened Plaintiff's first amended complaint and issued

17 findings and recommendations that this action proceed on Plaintiff's medical deliberate

18 indifference claims against Defendants Dr. Obendena and Williams, and all other federal claims

19 and all other defendants be dismissed from this action based on Plaintiff's failure to state claims

20 upon which relief may be granted.  (ECF No. 12.)  Plaintiff did not file objections, and on

21 November 20, 2020, the assigned District Judge issued an order adopting the findings and

22 recommendations in full.  (ECF No. 13).

23      Pursuant to the District Judge's order adopting the findings and recommendations, this

24 action shall proceed on Plaintiff's first amended complaint against Defendants Obendena and

25 Williams for deliberate indifference to Plaintiff's serious medical needs in violation of the Eighth

26 Amendment.

27      As Plaintiff is not proceeding *in forma pauperis*, he is responsible for serving Defendants

28 in accordance with Rule 4 of the Federal Rules of Civil Procedure.  Included with this order are

1

the appropriate service forms and a copy of Rule 4.  Unless good cause for an extension of time is shown, Plaintiff must complete service of process and file proof thereof with the Court within ninety (90) days.  Fed. R. Civ. P. 4(m).  The following two sections contain instructions on how to serve Defendants.

I.     **Instructions on Completing Service of Process**

A.     **Waiver of Service**

Plaintiff has the option of notifying Defendants of the commencement of this action and requesting that they waive service of the summons.  Fed. R. Civ. P. 4(d)(1).  If Plaintiff wishes to do this, he must mail each Defendant (1) the form entitled "Notice of Lawsuit and Request to Waive Service for Summons," (2) two copies of the form entitled "Waiver of Service of Summons," (3) a copy of the complaint; (4) a copy of this order; and (5) a stamped, self-addressed envelope for returning one copy of the signed waiver form to Plaintiff.  The documents must be addressed directly to each Defendant (*not the Attorney General's Office or any other governmental entity*), and the documents must be sent by first-class mail or other reliable means.  Id.  The Waiver of Service of Summons form must set forth the date on which the request is sent and must allow each Defendant at least thirty (30) days to return the waiver to Plaintiff.  If Defendants sign and return the waiver forms to Plaintiff, Plaintiff must then file the forms with the Court.  After filing the forms with the Court, Plaintiff does not need to do anything further to serve Defendants.  Fed. R. Civ. P. 4(d)(4).

B.     **Personal Service**

If either (1) Plaintiff does not wish to request Defendants to waive service or (2) one or more of the Defendants fail to return the Waiver of Service of Summons form to Plaintiff, Plaintiff must have personal service effected on Defendants.  In either situation, the summons, a copy of the complaint, and a copy of this order must be personally served on each Defendant (*not the Attorney General's Office or any other governmental entity*).  *Plaintiff may not effect personal service himself.*  Fed. R. Civ. P. 4(c)(2).  *Service may be effected by any person who is not a party to this action and who is at least eighteen years old*.  Id.  The Court will provide Plaintiff with a copy of Rule 4 along with this order.  Plaintiff should review Rule 4(e), which addresses how

personal service is effected.  After personal service is effected on Defendants, Plaintiff must file proof of service with the Court.  Fed. R. Civ. P. 4(l).

**II.**     **Order**

Accordingly, it is HEREBY ORDERED as follows:

1.  This action shall proceed on Plaintiff's complaint, filed on September 1, 2020, (ECF No. 10), against the following named defendants:

    a.  **Dr. Obendena; Fresno County Jail; approximately August 2018 to November 2018**

    b.  **Z. Williams, Wellpath Medical LVN; Fresno County Jail; approximately August 2018 to November 2018**

2.  The Clerk of the Court is directed to issue and send Plaintiff two (2) summonses, and one copy of each of the following documents:

    a.  First Amended Complaint filed September 1, 2020, (ECF No. 10);

    b.  "Notice of Lawsuit and Request to Waive Service for Summons" form;

    c.  "Waiver of Service" form; and

    d.  Rule 4 of the Federal Rules of Civil Procedure;

3.  Plaintiff shall complete service of process on these defendants within **ninety (90) days** from the date of service of this order; and

4.  **Unless good cause is shown, Plaintiff's failure to timely complete service of process on Defendants and to file proof thereof with the Court will result in dismissal of any unserved defendants.  Fed. R. Civ. P. 4(m)**.

IT IS SO ORDERED.

Dated:   __**November 23, 2020**__          _____/s/ Barbara A. McAuliffe_____

UNITED STATES MAGISTRATE JUDGE

3