UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORDAN LEE EMBREY,<br><br>    Plaintiff,<br><br>    v.<br><br>MCCOMAS, et al.,<br><br>    Defendants. | No. 1:20-cv-00650-DAD-BAM (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND DISMISSING ACTION<br><br>(Doc. No. 17) |

Plaintiff Jordan Lee Embrey is a county jail inmate proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. (Doc. No. 10.) This action proceeds on plaintiff's first amended complaint against defendants Obendena and Z. Williams for deliberate indifference to plaintiff's serious medical needs in violation of the Eighth Amendment. (*Id.*) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 15, 2021, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to plaintiff's failure to serve process on defendants pursuant to Federal Rule of Civil Procedure 4(m), failure to prosecute, and failure to obey a court order. (Doc. No. 17.) Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14)

/////

1

days after service.  (*Id.* at 4.)  No objections have been filed, and the deadline to do so has expired.

      In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a de novo review of the case.  Having carefully reviewed the entire file, the court concludes that the magistrate judge's findings and recommendations are supported by the record and by proper analysis.

      Accordingly,

1. The findings and recommendations issued on March 15, 2021 (Doc. No. 17) are adopted in full;
2. This action is dismissed, without prejudice, due to plaintiff's failure to serve process on defendants pursuant to Federal Rule of Civil Procedure 4(m), failure to prosecute, and failure to obey a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **May 3, 2021**

                                                   UNITED STATES DISTRICT JUDGE